UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUMBLE ABODE, INC., <br>     Plaintiff, <br> v. <br> SHIPPING & TRANSIT LLC, <br>     Defendant. | Case No.  16-cv-01353-WHO <br><br> **ORDER OF DISMISSAL** <br> Re: Dkt. No. 18 |

Pursuant to the Stipulation for Dismissal With Prejudice (Dkt. No. 18), **IT IS HEREBY ORDERED** that this case is dismissed with prejudice. The Clerk shall close the case.

Dated: May 17, 2016

_____
WILLIAM H. ORRICK
United States District Judge